UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, JOHN THOMAS GIACOMETTO, a/k/a Tom Giacometto, a resident of Montana, | CV-23-139-BLG-SPW-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| EXXON MOBIL CORPORATION, a New Jersey Corporation, DENBURY INC., a Delaware Corporation, DENBURY ONSHORE, LLC, a Delaware Company, and DENBURY OPERATING COMPANY, a Delaware Corporation, | |
| Defendants. | |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1.      The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2.     Pursuant to 28 U.S.C. 636(b)(1)(B), the case is referred to the

Honorable Kathleen L. DeSoto, United States Magistrate Judge, who will conduct

all necessary hearings and submit to the undersigned proposed findings of fact and

recommendations for the disposition of all motions excepted from the Magistrate

Judge's jurisdiction by 28 U.S.C. 636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the

making of this Order.

DATED this 18th day of March, 2024.

SUSAN P. WATTERS
United States District Judge