IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation, JOHN THOMAS GIACOMETTO, a/k/a Tom Giacometto, a resident of Montana,<br><br>Plaintiffs,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey Corporation, DENBURY INC., a Delaware Corporation, DENBURY ONSHORE LLC, a Delaware Corporation, DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>Defendants. | CV 23-139-BLG-SPW<br><br>ORDER |

The Court having been notified that the parties are in the final stage of settlement negotiations, IT IS SO ORDERED that Defendant Exxon Mobil Corporation's Motion to Dismiss (Doc. 18) is DENIED as moot.

DATED this 11th day of September, 2024.

_____
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1