# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| GIACOMETTO RANCH INC., a Montana Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, a New Jersey Corporation, DENBURY Inc., a Delaware Corporation, DENBURY ONSHORE LLC, a Delaware Company, and DENBURY OPERATING COMPANY, a Delaware Corporation,<br><br>Defendants. | CV 23-139-BLG-SPW<br><br>ORDER |

Upon the Stipulated Motion to Dismiss (Doc. 56) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of April, 2025.

/s/ Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE